FOULSTON SIEFKIN LLP
1551 N. Waterfront Pkwy., Suite 100
Wichita, Kansas 67206
(316) 267-6371

## IN THE UNITED STATES DISTRICT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| INTRUST Financial Corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-CV-1312-SAC-KGS |
| | ) | |
| Entrust Federal Credit Union | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

### STATEMENT OF THE CASE

1.      This is an action to recover damages for and halt violations of the Lanham Act, 15

U.S.C. §§ 1051 *et seq.*, and to cancel a United States trademark registration.

### PARTIES

2.      INTRUST Financial Corporation ("INTRUST") is a Kansas corporation with its

principal place of business in Wichita, Kansas.

3.      Entrust Federal Credit Union ("EFCU") is a federally charted credit union located

in Richmond, Virginia.  EFCU may be served at its primary business address, Entrust Federal

Credit Union, 1801 Dabney Road, Richmond, Virginia 23230.

### JURISDICTION AND VENUE

4.      This action arises under the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*  This Court

has jurisdiction pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338(a) and (b).

1

5. INTRUST believes that it will likely have evidentiary support, after a reasonable opportunity for further investigation or discovery, that the Court has jurisdiction over EFCU and venue is proper in this district.

6. Specifically, INTRUST believes that discovery will likely show that EFCU has purposefully availed itself of the benefit and laws of the State of Kansas.

7. EFCU operates a highly interactive website at <www.entrustfcu.org>. On this website, a Kansas resident can apply for a mortgage or consumer loan through an online application process. (Printouts of EFCU's website are attached as Exhibit A.)

8. For example, EFCU's website, located at <www.entrustfcu.org>, states the following regarding its locations:

> *Our members live all over the world. Entrust has set up an elaborate system for account access no matter where you are*, from our suite of online services, such as Online Deposits, to our debit cards, which work in ways and in places that others won't. And even though there is only one "official" *Entrust* location we are part of a network of more than 4,000 Credit Union Service Centers that act as branches of *Entrust* and over 50,000 surcharge-free ATMs worldwide.

(Exhibit A) (emphasis added)

9. EFCU also operates a second interactive website at <www.beagoodsteward.com> (Printouts of this website are attached as Exhibit B). At this website, a Kansas resident can submit a form applying for different EFCU services and accounts.

10. Neither Entrustfcu.org nor Beagoodsteward.com market EFCU as a local credit union. Instead, both advise anyone concerned about managing their financial affairs according to Christian based values to apply. EFCU "offer[s] the advice, products and services you need to be good stewards—now and in the future." (Exhibit B)

2

11.     Both websites discuss EFCU's ability to serve customers anywhere. EFCU states that "our history and membership continues to grow everyday so we can satisfy the needs of many throughout the world."

12.     EFCU advertises its services to customers in any location by emphasizing its "50,000 surcharge free ATMS Worldwide, 4,000 Service Centers Worldwide, and 24/7 Online and Mobile Services."

13.     All these advertisements and services bear EFCU's infringing mark.

14.     EFCU contemplated that these webpages would reach the forum state. Kansas is an intended market.

15.     The EFCU intended for its name and services to extend nationwide, as evident by its national registration of the mark. It was foreseeable that EFCU's advertisements and services would reach the forum state.

## FACTUAL BACKGROUND

16.     INTRUST is a leading provider of a wide variety of banking and financial services including, without limitation, mortgage loans, credit cards, savings and checking accounts, and investment wealth management.

17.     INTRUST was originally chartered in 1876 in Kansas as the Farmers & Merchants Bank, which later became the First National Bank of Wichita, and then in the early 1990s, INTRUST. Since at least 1993, INTRUST has been using the "INTRUST" trade name, both alone and in combination with other words, graphics, and logos, to identify its banking and financial services to potential customers.

18.     To further preserve and enhance the recognition and goodwill associated with the "INTRUST" brand, INTRUST has registered both the "INTRUST" service mark and its related

3

trademarks in the principal register with the U.S. Patent and Trademark Office ("PTO") based on INTRUST's use of said marks in conjunction with various financial services. INTRUST's federally registered rights are evidenced by the following U.S. trademark registrations (collectively, the "INTRUST Registrations" and the "INTRUST Federally Registered Marks"):

      a.      Registration No. 1,802,917, for the mark "INTRUST" for use with banking services, which was based on the application filed on July 30, 1992, and which was registered on November 2, 1993;

      b.      Registration No. 1,832,427 for the mark "INTRUST 24 HOUR BANKING" for use with banking services, which was based on the application filed on January 12, 1993, and which was registered on June 8, 1993;

      c.      Registration No. 1,840,083 for the mark "INTRUST BANK, N.A.", for use with banking services, which was based on the application filed on March 18, 1993, and which was registered on June 14, 1994;

      d.      Registration No. 1,841,487 for the mark "INTRUST BANK" for use with banking services, which was based on the application filed on January 12, 1993, and which was registered on June 21, 1994;

      e.      Registration No. 1,849,586 for the mark "INTRUST FINANCIAL CORPORATION" for use with banking services, which was based on the application filed on February 12, 1993, and which was registered on August 9, 1994;

      f.      Registration No. 1,879,319 for the mark "INTRUST CARD CENTER" for use with banking services, namely credit card services, which was based on the application filed on January 12, 1993, and which was registered on February 14, 1995;

4

g.      Registration No. 1,957,654 for the mark "INTRUST CHECK CARD" for use with banking card services, specifically on line debit card, which was based on the application filed on February 22, 1995, and which was registered on February 20, 1996;

h.      Registration No. 2,197,748 for the mark "I INTRUST BANK" (stylized + design) for use with banking services, which was based on the application filed on July 21, 1997, and which was registered on October 20, 1998;

i.      Registration No. 2,738,638 for the mark "INTRUST MERCHANT SERVICES" for use with merchant services, namely, credit card and debit card services, which was based on the application filed on January 11, 2002, and which was registered on October 29, 2002;

j.      Registration No. 3,219,237 for the mark "INTRUST VALUE PACK" for use with non-commercial banking service, namely, upgraded checking account services, which was based on the application filed on January 30, 2004, and which was registered on March 20, 2007; and

k.      Registration No. 3,358,359 for the mark "INTRUST WEALTH MANAGEMENT" for use with financial services, namely, management of trusts and investment accounts, which was based on the application filed on August 31, 2006, and which was registered on December 25, 2007.

19.      INTRUST is a leader in the financial services industry. It is highly regarded by its clients and peers for its customer service and personalized banking.

20.      Currently, INTRUST has more than 45 branch offices in Kansas, Oklahoma, and Arkansas, and is the largest independent bank headquartered in Kansas. It also offers Internet banking services through its website, located at <www.intrustbank.com>.

5

21.     INTRUST has spent substantial sums to further enhance consumer recognition and goodwill in the "INTRUST" brand. In 2008, INTRUST agreed to pay $8.75 million to Sedgwick County, Kansas, in exchange for naming rights to a 15,000 seat multi-purpose arena located in Wichita, Kansas. The "INTRUST BANK ARENA" is known throughout Kansas and Oklahoma as a state-of-the-art sports and entertainment venue. INTRUST also owns U.S. Registration Nos. 3,998,705 and 3,998,706 for the "INTRUST BANK ARENA" (stylized + design) and the "INTRUST BANK ARENA" (standard character) marks, respectively.

22.     As a result of INTRUST's extensive efforts to promote the "INTRUST" brand and the exceptional services that it offers to its customers, there is significant consumer recognition and goodwill associated with INTRUST's trade name and related trademarks.

23.     EFCU is a federal credit union that offers a wide variety of financial services including, without limitation, savings and checking accounts, loans, credit cards, investment wealth management, and online lending, deposit, bill-paying and other online banking services.

24.     EFCU offers the same types of services as those offered by INTRUST, and the services are directed to the same types of consumers.

25.     On August 27, 2009, EFCU filed U.S. Trademark Application Serial No. 77/813891 for the following mark for use in association with credit union services:



(the "EFCU Composite Mark"). The application claimed use of the EFCU Composite Mark as early as January 31, 2008.

6

26.     In addition to using the term "ENTRUST" in the EFCU Composite Mark, EFCU uses the singular term "ENTRUST" to identify itself as the source of its financial services. The EFCU website also states that it offers an "*Entrust* Visa Credit Card" and an "*Entrust* Visa ChekCard". (Exhibit A.)

27.     EFCU's use of the "ENTRUST" mark, whether alone or in combination with other terms or designs, in conjunction with the offering of its financial services is likely to cause confusion, mistake, or deception of the public.

28.     On November 6, 2009, shortly after becoming aware of EFCU's infringing use of the EFCU Composite Mark, INTRUST notified EFCU of its rights and requested that EFCU cease all further use of the "ENTRUST FEDERAL CREDIT UNION" mark or any other confusingly similar mark, that it recall and destroy all advertising materials bearing the infringing mark, and that it abandon its federal trademark application for the EFCU Composite Mark.

29.     By letter dated November 25, 2009, EFCU defiantly refused to cease all use of the EFCU Composite Mark and to abandon its federal trademark application asserting that it was not confusingly similar to INTRUST's trade name and related trademarks. On April 5, 2011, the PTO granted U.S. Registration No. 3,939,537 for the EFCU Composite Mark.

30.     On June 9, 2011, EFCU announced that it was converting from a federally chartered credit union to a state chartered credit union, and as a result, it would be changing its name to "Entrust Financial Credit Union." EFCU's proposed name is even more confusingly similar to INTRUST's registered trademarks, especially its "INTRUST FINANCIAL CORPORATION" mark.

7

31.     By letter dated July 18, 2011, INTRUST informed EFCU that its proposed name would still infringe INTRUST's trade name and related trademarks and again requested that EFCU cease all further use of the "ENTRUST" mark or any mark confusingly similar therewith. EFCU has not responded to INTRUST's July 18, 2011, letter to date and continues to use the "ENTRUST" mark, both alone and with other terms and designs, including through the EFCU Composite Mark.

32.     EFCU's acts have been committed willfully and with full knowledge of INTRUST's rights and with the intention of confusing, deceiving, and misleading the public and wrongfully trading upon INTRUST's goodwill and reputation.

## COUNT I

33.     The allegations set forth in paragraphs 1 through 32 are incorporated herein by reference.

34.     EFCU's use of the "ENTRUST" mark in conjunction with the advertising and sale of EFCU's services, without INTRUST's consent or authorization, is likely to cause confusion, or to cause mistake, or to deceive consumers, and constitutes infringement of INTRUST's rights in violation of § 32 of the Lanham Act, 15 U.S.C. § 1114.

35.     EFCU's trademark infringement has caused and will cause INTRUST damage and other irreparable injury for which it does not have an adequate remedy at law.

## COUNT II

36.     The allegations set forth in paragraphs 1 through 32 are incorporated herein by reference.

37.     EFCU's use of the EFCU Composite Mark in conjunction with the advertising and sale of EFCU's services, without INTRUST's consent or authorization, is likely to cause

confusion, or to cause mistake, or to deceive consumers, and constitutes infringement of INTRUST's rights in violation of § 32 of the Lanham Act, 15 U.S.C. § 1114.

38.     EFCU's trademark infringement has caused and will cause INTRUST damage and other irreparable injury for which it does not have an adequate remedy at law.

## COUNT III

39.     The allegations set forth in paragraphs 1 through 32 are incorporated herein by reference.

40.     EFCU is using, in connection with services in commerce, a word, term, name, symbol, or device, or any combination thereof, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of EFCU with INTRUST or as to the origin, sponsorship, or approval of EFCU's services or commercial activities by INTRUST in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

41.     EFCU's acts have caused and will cause INTRUST damage and other irreparable injury for which it does not have an adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE INTRUST respectfully prays that:

A.     EFCU's infringement and unfair competition be found to have violated § 32 of the Lanham Act, 15 U.S.C. § 1114, and § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

B.     The Court cancel EFCU's U.S. Registration No. 3,939,537 for the EFCU Composite Mark pursuant to 15 U.S.C. §1119.

C.     EFCU and its officers, agents, servants, employees, members, attorneys, successors or assigns, and all persons or entities acting in concert or participation with them or any of them, be preliminary and permanently enjoined from:

9

1.    using the name "ENTRUST" or any term, script, or device confusingly similar thereto, in connection with the offering of any type of financial service in the United States;

2.    using the EFCU Composite Mark or any term, script, or device confusingly similar thereto, in connection with the offering of any type of financial service in the United States;

3.    using in commerce any word, term, name, symbol, or device, or any combination thereof, which is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of EFCU with INTRUST or as the origin, sponsorship, or approval of EFCU's services by INTRUST; and

4.    assisting, aiding, or abetting any other person or business entity in engaging or in performing any of the activities referred to in subparagraphs 1 through 3 above.

D.    EFCU be required to deliver to INTRUST for destruction all marketing and promotional materials, signs and the like, and all other things possessed, used, or distributed by EFCU that contain the term "ENTRUST," whether alone or in combination with other terms and designs, including the EFCU Composite Mark.

E.    EFCU be required to compensate INTRUST for any and all damages suffered by INTRUST as a result of the actions complained of herein.

F.    INTRUST have all remedies available to it under § 35 of the Lanham Act, 15 U.S.C. § 1117.

G.    INTRUST have such other and further relief as may be proper, just, and equitable.

## DEMAND FOR JURY TRIAL

INTRUST demands a jury trial as to all issues triable by jury in this action.

## DESIGNATION OF PLACE OF TRIAL

INTRUST designates Wichita, Kansas, as the place of trial of this matter.

Dated: October 11, 2011.

FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Tel: (316) 267-6371
Fax: (316) 267-6345

By s/ Michael J. Norton
Michael J. Norton, #18732
(316) 291-9743 tel
(866) 346-2031 fax
mnorton@foulston.com

Alicia E. Bodecker, #22162
(316) 291-9710 tel
(866) 347-9614 fax
abodecker@foulston.com

*Attorneys for Plaintiff*

Entrust Federal Credit Union





**ON-LINE BANKING**
LOGIN

HOME > ABOUT US

------ ABOUT US
------ ELIGIBILITY
------ LOCATIONS
------ HOW DO I GET INVOLVED
------ ONLINE SERVICES>
------ PRODUCTS & SERVICES>
------ RATES & FEES>
------ TIPS & TOOLS>
------ APPLICATION & FORMS
------ CONTACT US
------ SITE MAP
------ SEARCH
[            ] GO



**Entrust Federal Credit Union** is a not-for-profit, financially secure cooperative that is owned and controlled by its members. Our mission is to be our members *trusted* partner, known by the membership for providing superior service and solutions that meet our members ever-changing needs.

Entrust Federal Credit Union was chartered in July 1970 by the Foreign Mission Board (now known as International Mission Board), to serve the "banking" needs of their home staff. Several years later, they decided to offer services to the overseas missionaries. In the early 1990s, the Board of Directors of the credit union approved to expand the membership to include other Christian-based organizations sharing in similar Christian heritage. This quickly grew to include many churches and associations in the Richmond area. As our membership grew, so did our staff, product offerings and facilities. We are located at 1801 Dabney Road in Richmond, Virginia and we serve our members electronically through many channels such as ATM services, On-line Banking and On-line Bill Payment, shared branches and more. Our history and membership continues to grow everyday so we can satisfy the needs of many throughout the world.

We PROMISE to earn our members' trust by providing them a compelling, enduring & memorable experience. We'll do this by offering advice, products and services they need to maintain financial well-being.

We PROMISE to continually invest, create and refine our technology, service and consumer understanding in order to be the financial service provider of choice.

Entrust Federal Credit Union is not just your credit union. We want to be your *trusted* partner.

*This credit union is federally insured by the National Credit Union Administration.*

 **NCUA**

*NCUA Insurance Coverage Changes*



*Click here for
BBB Business Review*

*Privacy Notice*

Entrust Federal Credit Union
1801 Dabney Road, PO Box 6882,
Richmond, VA 23230
(804) 353-8012 | (800) 944-3622
fax (804) 359-4991
**Contact Us**



EXHIBIT

A



CU Home • Mortgage Home • Membership • Contact Us • Reverse Mortgages • My Mortgage Account

Choose
Apply
Learn
More

## Purchase Calculators

With a few clicks of your mouse, you can pre-qualify yourself for a loan.

| Pre-qualify Calculator | | Calculate |
|---|---|---|
| 1. Select loan program | 30 Year Fixed | |
| 2. Purchase price | $300,000.00 | |
| 3. Gross monthly income | $10,000.00 | |
| 4. Downpayment | $90,000.00 | |
| 5. Total monthly debt payments* | $1,000.00 | |
| 6. Total current balances on all credit cards | $10,000.00 | |
| 7. In which state is the property located? | Kansas | |

*excluding credit cards and any loans with less than 10 payments left

**Copyright (c) 2011 Prime Alliance Solutions, Inc.**
All rights reserved. Privacy Statement



We do business in accordance with the
Federal Fair Housing Law and the
Equal Credit Opportunity Act.



1801 Dabney Road
Richmond, VA 23230-3326



# Application

Individual Credit: You must complete the **Applicant** section about yourself and the **Other** section about your spouse if:
1. you live in or the property pledged as collateral is located in a community property state (AK, AZ, CA, ID, LA, NM, NV, TX, WA, WI),
2. your spouse will use the account, or
3. you are relying on your spouse's income as a basis for repayment. If you are relying on income from alimony, child support, or separate maintenance,
   complete the **Other** section to the extent possible about the person on whose payments you are relying.
Joint Credit: Each Applicant must **individually** complete the appropriate section below. If Co-Borrower is spouse of the Applicant, mark the Co-Applicant box.
**Guarantor:** Complete the **Other** section if you are a guarantor on an account/loan.

Check below to indicate the type of account(s) and type of credit for which you are applying. Married Applicants may apply for a separate account.

☐ **LOANLINER Account/Loan:** ☐ Individual ☐ Joint
*(Including ATM/Debit Card Access to the Account if Available)*
Amount Requested $ _____
Purpose/Collateral: _____
**Repayment:** ☐ Payroll Deduction ☐ Cash ☐ Military Allotment

☐ **Credit Card Account:** ☐ Individual ☐ Joint
*(See Disclosure Table or Agreement for Terms)*
Credit Limit Requested $ _____
If Authorized User, Name: _____
☐ Automatic Payment

| **PAYMENT PROTECTION** | Are you interested in having your loan protected? ☐ Yes ☐ No<br>If you answer "yes", then the credit union will disclose the cost of this voluntary payment protection to you. A separate election which discloses the terms and conditions must be signed for protection to be effective. |
|---|---|

| **APPLICANT** | | **OTHER** | ☐ CO-APPLICANT ☐ SPOUSE ☐ OTHER |
|---|---|---|---|
| NAME | | NAME | |
| MOTHER'S MAIDEN NAME | ACCOUNT NUMBER | MOTHER'S MAIDEN NAME | ACCOUNT NUMBER |
| SOCIAL SECURITY NUMBER | DRIVER'S LICENSE NUMBER/STATE | SOCIAL SECURITY NUMBER | DRIVER'S LICENSE NUMBER/STATE |
| AGES OF DEPENDENTS | EMAIL ADDRESS | AGES OF DEPENDENTS | EMAIL ADDRESS |
| BIRTH DATE   HOME PHONE | BUSINESS PHONE/EXT. | BIRTH DATE   HOME PHONE | BUSINESS PHONE/EXT. |
| PRESENT ADDRESS (Street - City - State - Zip) | ☐ OWN ☐ RENT<br>LENGTH AT RESIDENCE | PRESENT ADDRESS (Street - City - State - Zip) | ☐ OWN ☐ RENT<br>LENGTH AT RESIDENCE |
| PREVIOUS ADDRESS (Street - City - State - Zip) | ☐ OWN ☐ RENT<br>LENGTH AT RESIDENCE | PREVIOUS ADDRESS (Street - City - State - Zip) | ☐ OWN ☐ RENT<br>LENGTH AT RESIDENCE |
| COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE:<br>☐ MARRIED ☐ SEPARATED ☐ UNMARRIED (Single - Divorced - Widowed) | | COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE:<br>☐ MARRIED ☐ SEPARATED ☐ UNMARRIED (Single - Divorced - Widowed) | |

| **EMPLOYMENT/INCOME** | | | **EMPLOYMENT/INCOME** | | |
|---|---|---|---|---|---|
| NAME AND<br>ADDRESS OF<br>EMPLOYER | | | NAME AND<br>ADDRESS OF<br>EMPLOYER | | |
| TITLE/GRADE | START DATE | HOURS AT WORK | TITLE/GRADE | START DATE | HOURS AT WORK |
| SUPERVISOR'S NAME | IF SELF EMPLOYED, TYPE OF BUSINESS | | SUPERVISOR'S NAME | IF SELF EMPLOYED, TYPE OF BUSINESS | |

**NOTICE:** ALIMONY, CHILD SUPPORT, OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED.

| EMPLOYMENT INCOME | OTHER INCOME |
|---|---|
| $ _____ Per _____ | $ _____ Per _____ |
| ☐ NET ☐ GROSS | SOURCE |

**MILITARY:** IS DUTY STATION TRANSFER EXPECTED DURING NEXT YEAR? ☐ YES ☐ NO
WHERE _____ ENDING/SEPARATION DATE

PREVIOUS EMPLOYER NAME AND ADDRESS IF EMPLOYED LESS THAN FIVE YEARS   STARTING DATE

ENDING DATE

| **REFERENCE** | RELATIONSHIP |
|---|---|
| NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU | HOME PHONE |

**NOTICE:** ALIMONY, CHILD SUPPORT, OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED.

| EMPLOYMENT INCOME | OTHER INCOME |
|---|---|
| $ _____ Per _____ | $ _____ Per _____ |
| ☐ NET ☐ GROSS | SOURCE |

**MILITARY:** IS DUTY STATION TRANSFER EXPECTED DURING NEXT YEAR? ☐ YES ☐ NO
WHERE _____ ENDING/SEPARATION DATE

PREVIOUS EMPLOYER NAME AND ADDRESS IF EMPLOYED LESS THAN FIVE YEARS   STARTING DATE

ENDING DATE

| **REFERENCE** | RELATIONSHIP |
|---|---|
| NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU | HOME PHONE |

© CUNA MUTUAL GROUP, 1980, 82, 84, 86, 89, 2000, 01, 02, 03, ALL RIGHTS RESERVED   PAGE 1

AXP121 (LASER)

| WHAT YOU OWE | CREDITOR NAME OTHER THAN THIS CREDIT UNION (Attach additional sheet(s) if necessary) | INTEREST RATE | PRESENT BALANCE | MONTHLY PAYMENT | OWED BY | |
|---|---|---|---|---|---|---|
| | | | | | APPLICANT | OTHER |
| ☐ RENT ☐ FIRST MORTGAGE (incl. Tax & Ins.) | | | $ | $ | | |
| 2nd MORTGAGE | | | $ | $ | | |
| 1st AUTO LOAN | | | $ | $ | | |
| 2nd AUTO LOAN | | | $ | $ | | |
| CHILD-CARE | | | $ | $ | | |
| CHILD SUPPORT | | | $ | $ | | |
| CREDIT CARD | | | $ | $ | | |
| CREDIT CARD | | | $ | $ | | |
| OTHER | | | $ | $ | | |
| OTHER | | | $ | $ | | |
| LIST ANY NAMES UNDER WHICH YOUR CREDIT REFERENCES AND CREDIT HISTORY CAN BE CHECKED: | | **TOTALS** | $ | $ | | |

| WHAT YOU OWN | LIST LOCATION OF PROPERTY OR FINANCIAL INSTITUTION | MARKET VALUE | PLEDGED AS COLLATERAL FOR ANOTHER LOAN | | OWNED BY | |
|---|---|---|---|---|---|---|
| | | | | | APPLICANT | OTHER |
| HOME | | $ | YES | NO | | |
| AUTO | | $ | YES | NO | | |
| SAVINGS | | $ | YES | NO | | |
| CHECKING | | $ | YES | NO | | |
| OTHER (Describe) | | $ | YES | NO | | |

**OTHER INFORMATION ABOUT YOU**        IF YOU ANSWER "YES" TO ANY QUESTION OTHER THAN #1, EXPLAIN ON AN ATTACHED SHEET          APPLICANT          OTHER

1. ARE YOU A U.S. CITIZEN OR PERMANENT RESIDENT ALIEN?

2. DO YOU CURRENTLY HAVE ANY OUTSTANDING JUDGMENTS OR HAVE YOU EVER FILED FOR BANKRUPTCY, HAD A DEBT ADJUSTMENT PLAN CONFIRMED UNDER CHAPTER 13, HAD PROPERTY FORECLOSED UPON OR REPOSSESSED IN THE LAST 7 YEARS, OR BEEN A PARTY IN A LAWSUIT?

3. IS YOUR INCOME LIKELY TO DECLINE IN THE NEXT TWO YEARS?

4. ARE YOU A CO-MAKER, CO-SIGNER OR GUARANTOR ON ANY LOAN NOT LISTED ABOVE?
   FOR WHOM (Name of Others Obligated on Loan):                          TO WHOM (Name of Creditor):

**STATE LAW NOTICES**        **OHIO RESIDENTS ONLY:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**WISCONSIN RESIDENTS ONLY:** (1) No provision of any marital property agreement, unilateral statement under Section 766.59, or court decree under Section 766.70 will adversely affect the rights of the Credit Union

unless the Credit Union is furnished a copy of the agreement, statement or decree, or has actual knowledge of its terms, before the credit is granted or the account is opened. (2) Please sign if you are not applying for this account or loan with your spouse. The credit being applied for, if granted, will be incurred in the interest of the marriage or family of the undersigned.

**X**

SIGNATURE FOR WISCONSIN RESIDENTS ONLY          DATE

**SIGNATURES**

1. You promise that everything you have stated in this application is correct to the best of your knowledge and that the above information is a complete listing of what you owe. If there are any important changes you will notify us in writing immediately. You authorize the Credit Union to obtain credit reports in connection with this application for credit and for any update, increase, renewal, extension or collection of the credit received. You understand that the Credit Union will rely on the information in this application and your credit report to make its decision. If you request, the Credit Union will tell you the name and address of any credit bureau from which it received a credit report on you. It is a federal crime to willfully and deliberately provide incomplete or incorrect information on loan applications made to federal credit unions or state chartered credit unions insured by NCUA.

2. If you are applying for a credit card, you understand that the use of your card will constitute acknowledgment of receipt and agreement to the terms of the credit card agreement and disclosures. You grant us a security interest in all individual and joint share and/or deposit accounts you have with us now and in the future to secure your credit card account. When you are in default, you authorize us to apply the balance in these accounts to any amounts due. Shares and deposits in an Individual Retirement Account, and any other account that would lose special tax treatment under state or federal law if given as security, are not subject to the security interest you have given in your shares and deposits.

| X | | (SEAL) | X | | | | (SEAL) |
|---|---|---|---|---|---|---|---|
| APPLICANT'S SIGNATURE | | DATE | OTHER SIGNATURE | | | | DATE |

**FOR CREDIT UNION USE ONLY**

| DATE | APPROVED | APPROVED LIMITS: | SIGNATURE | LINE OF CREDIT | OTHER | OTHER | DEBT RATIO/SCORE |
|---|---|---|---|---|---|---|---|
| | | | | | | | BEFORE       AFTER |
| | DENIED (Adverse Action Notice Sent) | | $ | $ | $ | $ | |

LOAN OFFICER COMMENTS:

SIGNATURES:
X                                        X

DATE                                     DATE

AXP121 (LASER)



- PERSONAL -

• MINISTRY •    • COMMUNITY•

HOME ›



—‹ **ABOUT US**
—‹ **ELIGIBILITY**
—‹ **LOCATIONS**
—‹ **HOW DO I GET INVOLVED**
—‹ **ONLINE SERVICES›**
—‹ **PRODUCTS & SERVICES›**
—‹ **RATES & FEES›**
   **Account Fees**
   **Current Promotions**
   **Dividend Rates**
   **Loan Rates**
   **Safe Deposit Box Rates**
—‹ **TIPS & TOOLS›**
—‹ **APPLICATION & FORMS**
—‹ **CONTACT US**
—‹ **SITE MAP**
—‹ **SEARCH**

 [GO]



# Search Results

## *1 Results for "kansas"*

**Click The Following to access:**

- **Mortgage Loans**

*This credit union is federally insured by the National Credit Union Administration.*



*NCUA Insurance Coverage Changes*



*Click here for
BBB Business Review*

*Privacy Notice*

Entrust Federal Credit Union
1801 Dabney Road, PO Box 6882,
Richmond, VA 23230
(804) 353-8012 | (800) 944-3622
fax (804) 359-4991
**Contact Us**



**ON-LINE BANKING**
LOGIN

**LOCATIONS**
ONLINE SERVICES >
PRODUCTS & SERVICES >
RATES & FEES >
TIPS & TOOLS >
APPLICATION & FORMS
CONTACT US
SITE MAP
SEARCH
[          ] GO

HOME > LOCATIONS

## *Locations*

Our members live all over the world. Entrust has set up an elaborate system for account access
no matter where you are, from our suite of online services, such as Online Deposits, to our debit
cards, which work in ways and in places that others won't. And even though there is only one
"official" Entrust location, we are part of a network of more than 4,000 Credit Union Service
Centers that act as branches of Entrust and over 50,000 surcharge-free ATMs worldwide.

Click here to find a Credit Union Service Center near you.

Click here to find a surcharge-free ATM near you.

Entrust Federal Credit Union
1801 Dabney Road
Richmond, VA 23230

This credit union is federally insured by the National Credit Union Administration

NCUA

NCUA Insurance Coverage Changes

ACCREDITED
BUSINESS
Click here for
BBB Business Review

Entrust Federal Credit Union
1801 Dabney Road, PO Box 6882,
Richmond, VA 23230
(804) 353-8012 | (800) 944-3622
fax (804) 359-4991





**ON-LINE BANKING LOGIN**

# Products *and* Services

- LOCATIONS
- ONLINE SERVICES >
- PRODUCTS & SERVICES >
- RATES & FEES >
- TIPS & TOOLS >
- APPLICATION & FORMS
- CONTACT US
- SITE MAP
- SEARCH
  [_____] GO

HOME > PRODUCTS & SERVICES > CARDS

## *Cards*

Click on a Visa Card below for more information:

- NEW! Travelex Prepaid Cards available in Foreign Currency
- Visa Transaction Alerts
- Design Your Own Card
- Charity of Choice
- Merchant Discount Offers
- Visa Giving Gateway
- Visa Reloadable Cards
- Visa Gift Cards
- Visa ChekCard
- Visa REWARDS Platinum Credit Card
- Visa Classic Credit Card
- Visa Classic Secured Credit Card
- Visa Student Credit Card
- Visa Giving Program
- Verified by Visa

### NEW! Travelex Prepaid Cards

In addition to the **Entrust Visa Reloadable Cards** for Everday, Travel, and Teen, now you can purchase Travelex Prepaid Cards in foreign currency. Travelex Prepaid Cards are available in dollars, euros, and pounds. For more information and to order a card, log into Online Banking and click the "Reloadable/Gift Cards" button.

### Visa Transaction Alerts

Safeguard your credit cards with the new Visa Transaction Alerts! Now you can receive an email alert on your credit card for the following:

- Declined Transaction
- Gasoline Purchases
- International Purchases
- Card Not Present Transactions
- Threshold (all transactions over a particular amount)

Enroll in Visa Transaction Alerts through the Credit Card link in Online Banking.

### Design Your Own Card

Now you can upload a personal custom image or choose from our catalog of distinct images for display on the front of your personal credit card. Log into Online Banking to get started today!

- Click the "Credit Cards" button in Online Banking. Click the "Design Your Own Card" button.

- Upload a personal image of your own or select from our library of images.
- Follow the step-by-step directions to Design Your Own Card by cropping, rotating, or flipping your uploaded image; or confirm the image you selected from our library. Review and submit your order or save it for later.

DYOC is only $7 per customized card, and each cardholder can have their own image. To learn more about DYOC and read our Frequently Asked Questions, click here.

### Charity of Choice

Now you can redeem your Visa Platinum Credit Card REWARDS points for a charity of your choice! Log into www.curewards.com and type "charity" into the search engine. A list of CharityChoice gift cards will come up for you to redeem your points.

Don't see the charity you want to contribute to? Click here to learn how add a charity to the CharityChoice program.

### Merchant Discount Offers

Now when you use your Entrust Visa Credit Card or Entrust Visa ChekCard, receive discounts from different merchants.

Click here to view Discount Merchant Offers with your credit card.

Click here to view Discount Merchant Offers with your chekcard.

### Visa ChekCard

- NEW! Now when you use your Entrust Visa ChekCard, receive discounts from different merchants. Click here to view Discount Merchant Offers with your chekcard.
- Withdraw from savings and checking (overseas is usually checking only)
- Perform inquiries on savings and checking account (overseas usually checking only)
- Make deposits at Credit Union 24 (CU24) ATMs
- Pay for purchases at merchants that accept Visa
- Obtain a cash advance from any Visa issuer
- Write fewer checks & avoid lengthy check approvals

### Visa REWARDS Platinum Credit Card

- Credit limit range from $2,000 to $20,000.
- Introductory rate for new cards - 0% Annual Percentage Rate for the first six months.*
- Rates as low as 8.9% APR** (Same low rate on both purchases and cash advances).
- $25 annual fee.
- CUReward Program - Earn points*** for purchases at www.curewards.com.
- Redeem your points for gift cards
- Redeem your points to donate to charities. Click here to view a list of charities offered through Charity Choice.
- 25-day grace period on purchases.
- Payments are 2% of the outstanding balance.
- Over 200,000 automated teller machines (ATMs) located all over the world.
- $1,000,000 common carrier travel insurance.
- Limited car rental insurance.*****
- Click here for a Visa Credit Card Application.

### Visa Classic Credit Card

- Credit limits range from $500 to $20,000.
- Introductory rate for new cards - 3.9% Annual Percentage Rate for the first six months.*
- Rates as low as 9.5% APR** (Same low rate on both purchases and cash advances).

- No Annual Fee.
- 25-day grace period on purchases.
- Payments are only 2% of the outstanding balance
- Over 200,000 automated teller machines (ATMs) located all over the world.
- $200,000 common carrier travel insurance.
- Limited car rental insurance.***
- Click here for a Visa Credit Card Application.

### Visa Classic Secured Credit Card

- Credit limits range from $500 to $5,000.
- Introductory rate for new cards - 3.9% Annual Percentage Rate for the first six months.*
- Rates as low as 9.5% APR** (Same low rate on both purchases and cash advances).
- No Annual Fee.
- 25-day grace period on purchases.
- Payments are only 2% of the outstanding balance
- Over 200,000 automated teller machines (ATMs) located all over the world.
- $200,000 common carrier travel insurance.
- Limited car rental insurance.***
- Click here for a Visa Credit Card Application.

### Visa Student Credit Card

Same benefits and features as the Visa Classic with the following exceptions:

- Credit limits range from $300 to $5,000.
- 10.5% Annual Percentage Rate (Same low rate on both purchases and cash advances).
- No annual fee.
- May qualify as an individual or with a guarantor.
- Offered to students thru college or 22 years old.
- Click here for a Visa Credit Card Application.

*Must be new money to the credit union.
**APR = Annual Percentage Rate. Quoted rate is lowest available. Rates are based on individual credit ***Points expire at third calendar year.
qualifications.
****ChekCard and Platinum card must be under same member number.
*****Certain conditions and exclusions apply.

### Visa Giving Program

When you use your Entrust Visa Credit Card for purchases, we give a percentage to non-profits.

## Verified by Visa

Verified by Visa is the new "free and easy" way to enjoy added security for all your online Visa card purchases.

If you registered your cards prior to August 18, 2010, you are required to re-enroll due to a change in vendors.

Through the secure authentication process, your identity is protected and confirmed, with your personal password, each time you purchase at a participating merchant site. With Verified by Visa, you can be assured that using your Visa card on the Web is just as safe as using it at a local merchant around the corner!

Click here to register your debit card.

Click here to register your credit card.

This credit union is federally insured by the National Credit Union Administration.



Entrust Federal Credit Union
1801 Dabney Road, PO Box 6882,
Richmond, VA 23230
(804) 353-8012 | (800) 944-3622
fax (804) 359-4991

You    Community    Values    Future    Contact Us



**Call Us: 804-353-8012**

**Stewardship**
[stoo-erd-ship]
When a person manages their
financial affairs based on God's Word.

**What products/services are you interested in?**

☐ High Yield Bonus Checking
☐ Share Savings
☐ Budget Coaching
☐ Vehicle Loans, Home Loans
☐ Mobile and Online Banking
☐ Money Market Accounts
☐ Other Opportunities

Name*

Email*

Phone*

Zip Code*

Church/Organization





**50,000+ Surcharge
Free ATMS Worldwide**



**4,000+ Service
Centers Worldwide**



**24/7 Online &
Mobile Services**

## CAN I JOIN?

Take this short quiz to find out how you
can become an Entrust FCU member?

**Click to Get Started**

**WHY JOIN a CU?**

## Members Own **Entrust Federal Credit Union**

Credit unions are not-for-profit, member-owned cooperatives. So when you join Entrust, you're more than a member; you're an owner—and that means you have a say in how Entrust is managed. A volunteer board of directors, elected by the members, governs Entrust.

## Good Steward Tip #24

Pay bills on time - When you set up automatic payments using our Online Bill Payment system, you can avoid wasting money on interest and late fees, and keep your credit score in check.

## Gary Listens to You

Entrust Gary
**EntrustGary**

Unlimited steak? Yes please!
http://t.co/ctaEFdZ
11 days ago



Share with a Friend

    Join the conversation
Tweet Gary

© 2010 Entrust Federal Credit Union. All Rights Reserved.    804-353-8012  |  1801 Dabney Rd - Richmond, VA 23230  |  BeAGoodSteward@entrustfcu.com  |  www.efcu.coop  |  Friend Us  |  Follow Us



**EXHIBIT
B**
tabbies®

You    Community    Values    Future    **Contact Us**



**Entrust** Federal Credit Union

Call Us: 804-353-8012

**Stewardship**
[stoo-erd-ship]
When a person manages their
financial affairs based on God's Word.

## Entrust FCU: Values

Entrust cares about your **values**. At Entrust Federal Credit Union, our values line up with yours. We want you to make the most of your money, to live within your means, to strive to be debt-free (but if credit is needed, using it wisely and in a way that gives back). We offer the advice, products and services you need to be good stewards – now and in the future.



**50,000+ Surcharge
Free ATMS Worldwide**



**4,000+ Service
Centers Worldwide**



**24/7 Online &
Mobile Services**

## CAN I JOIN?

Take this short quiz to find out how you
can become an Entrust FCU member?



**Click to Get Started**

## WHY JOIN a CU?

## Members Own **Entrust Federal Credit Union**

Credit unions are not-for-profit, member-owned cooperatives. So when you join Entrust, you're more than a member; you're an owner—and that means you have a say in how Entrust is managed. A volunteer board of directors, elected by the members, governs Entrust.

## Good Steward Tip #7

Gather the facts - What are your assets and liabilities? Analyze what's coming in and what's going out. Create a 30-day diary and meet with one of our certified money coaches to figure out where your money is really going.

## Gary Listens to You


Entrust Gary
**EntrustGary**

Unlimited steak? Yes please!
http://t.co/ctaEFdZ
11 days ago



Share with a Friend

**twitter**    Join the conversation

Tweet Gary

2010 Entrust Federal Credit Union. All Rights Reserved.    804-353-8012  |  1801 Dabney Rd - Richmond, VA 23230  |  BeAGoodSteward@entrustfcu.com  |  www.efcu.coop  |  Friend Us  |  Follow Us